ROSENZWEIG, Respondent, v. BROOKLYN WOVEN WIRE MATTRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Abraham E. Rosenzweig against the Brooklyn Woven Wire Mattress Company. S. N. Tuck-

man, for appellant. P. M. Herzog, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.